Vicki L. Smith, OSB No. 85441
smithv@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

FILED'10 FEB 16 08:48USDC-ORP

Attorneys for Defendant ALC-Carriage House, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| **LARRY SHARPF**, as Personal Representative of the Estate of Mary Leon Hardin,<br><br>                        Plaintiff,<br><br>  v.<br><br>**ALC-CARRIAGE HOUSE, LLC,**<br><br>                        Defendant. | Case No. 09-CV-813-SU<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

In accordance with the Court's January 4, 2010, Order to Show Cause, the parties stipulate that plaintiff's claims are subject to an arbitration agreement and the claims will be proceeding forward in arbitration. Thus, the pending federal court litigation can be dismissed with prejudice and without costs to any party.

PAGE 1 - STIPULATION AND ORDER OF DISMISSAL

IT IS SO STIPULATED:

| LANE POWELL PC | KAHN & KAHN, P.C. |
|---|---|
| By /s/ Vicki L. Smith<br>    Vicki L. Smith, OSB No. 854410<br>    Telephone: 503.778.2138<br>Attorneys for Defendant ALC-Carriage House, LLC | By /s/ Steven Kahn<br>    Steven Kahn, OSB No. 882380<br>    Telephone: 503.227.4488<br>Attorneys for Plaintiff Larry Sharpf, as Personal Representative of the Estate of Mary Leon Hardin |
| Dated:    1/22/10 | Dated:    1/22/10 |

---

## ORDER

Based on the foregoing stipulation, this case is dismissed with prejudice and without costs to any party.

DATED: February 10, 2010

Patricia Sullivan
United States Magistrate Judge

PAGE 2 - STIPULATION AND ORDER OF DISMISSAL